UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTINE HENDERSON,

                Plaintiff,

-vs-                                                                                                   Case No.  8:06-cv-89-T-24TBM

FLORIDA COMBINED LIFE INSURANCE
COMPANY, INC.,

                Defendant.
_____/

## **O R D E R**

        This cause is before the Court for consideration of Plaintiff's Agreed Motion to Allow Leave to File an Amended Complaint (Doc. No. 3).  The Court notes that Plaintiff's motion references a proposed amended complaint accompanying the motion.  However, no proposed amended complaint was filed.  Rule 15, Fed. R. Civ. P., states that:

> A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served . . ..  Otherwise a party may amend the party's pleading only be leave of court or by written consent of the adverse party; and leave shall freely given when justice so requires.

Defendant has not filed a responsive pleading to Plaintiff's complaint.

        Accordingly, it is **ORDERED and ADJUDGED** that Plaintiff's Agreed Motion to Allow Leave to File an Amended Complaint (Doc. No. 3) is **GRANTED**.  Plaintiff is granted leave to amend the complaint.   Plaintiff shall file and serve an amended complaint on or before February 6, 2006.

**DONE AND ORDERED** at Tampa, Florida, this 26th day of January, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record